# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHA CHUNG,<br><br>                            Plaintiff,<br><br>vs.<br><br>STEVE LAVERSON, M.D., et al.<br><br>                           Defendants. | CASE NO. 18cv2417-LAB (NLS)<br><br>**ORDER GRANTING JOINT DISMISSAL [Dkt. 11]** |

      The parties' joint motion to dismiss is **GRANTED**.  Dkt. 11.  Pursuant to Fed. R. Civ. P. 41(a), this action is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees.  The clerk is directed to close the case.

      **IT IS SO ORDERED**.

Dated: March 13, 2019

*[signature]*

**HONORABLE LARRY ALAN BURNS**
Chief United States District Judge

- 1 -